UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>F21 OPCO, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-03027-TLN-DB<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: December 27, 2023<br><br>Trial Date: None |

**IT IS HEREBY ORDERED:**

Good cause having been shown, pursuant to the Parties' stipulation, the following deadlines are set:

| Event | Current Date | Revised Date |
|---|---|---|
| Close of Discovery Related to Class Certification | August 7, 2024 | November 5, 2024 |
| Deadline to Designate Experts Related to Class Certification | September 6, 2024 | December 5, 2024 |
| Close of Fact Discovery | November 20, 2024 | February 18, 2025 |
| Deadline to File Motion for Class Certification | December 6, 2024 | March 6, 2025 |
| Deadline to Designate Experts Unrelated to Class Certification | January 20, 2025 | April 21, 2025 |

DATED: July 19, 2024

_____
Troy L. Nunley
United States District Judge

-1-