UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>F21 OPCO, LLC,<br><br>            Defendant(s). | Case No. 2:23-CV-03027-TLN-SCR<br><br>Assigned to the Honorable Troy L. Nunley<br><br>**ORDER GRANTING SECOND STIPULATION TO MODIFY AMENDED PRE-TRIAL SCHEDULING ORDER TO CONTINUE ALL DEADLINES BY AT LEAST ONE HUNDRED AND TWENTY DAYS** |

## **ORDER**

Pursuant to the Stipulation of the Parties, and good cause having been shown, **IT IS HEREBY ORDERED** that the Phase I – Class Certification deadlines are set as follows:

1. The following Phase I – Class Certification deadlines (Dkt. 15) be extended as follows:

| EVENT | CURRENT DATE | REVISED DATE |
|---|---|---|
| Close of Discovery Related to Class Certification | November 5, 2024 | March 5, 2025 |
| Deadline to Designate Experts Related to Class Certification | December 5, 2024 | April 4, 2025 |
| Close of Fact Discovery | February 18, 2025 | June 18, 2025 |
| Deadline to File Motion for Class Certification | March 6, 2025 | July 2, 2025 |
| Deadline to Designate Experts Unrelated to Class Certification | April 21, 2025 | August 19, 2025 |

**IT IS SO ORDERED.**

Dated: October 18, 2024

_____
Troy L. Nunley
Chief United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware