# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>F21 OPCO, LLC,<br><br>        Defendant(s). | Case No. 2:23-CV-03027-TLN-SCR<br><br>Assigned to the Honorable Troy L. Nunley<br><br>**ORDER GRANTING THIRD STIPULATION TO MODIFY AMENDED PRE-TRIAL SCHEDULING ORDER TO CONTINUE ALL DEADLINES BY AT LEAST SIXTY DAYS** |

# ORDER

Pursuant to the Stipulation of the Parties, and good cause having been shown, **IT IS HEREBY ORDERED** that the Phase I – Class Certification deadlines are set as follows:

1. The following Phase I – Class Certification deadlines are extended as follows:

| EVENT | CURRENT DATE | REVISED DATE |
| --- | --- | --- |
| Close of Discovery Related to Class Certification | March 5, 2025 | May 5, 2025 |
| Deadline to Designate Experts Related to Class Certification | April 4, 2025 | June 3, 2025 |
| Close of Fact Discovery | June 18, 2025 | August 18, 2025 |
| Deadline to File Motion for Class Certification | July 2, 2025 | September 2, 2025 |
| Deadline to Designate Experts Unrelated to Class Certification | August 19, 2025 | October 17, 2025 |

**IT IS SO ORDERED.**

Dated: February 11, 2025

_____
Troy L. Nunley
Chief United States District Judge